JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BARBARA E. BROWN, | ) NO. ED CV 18-1418-CJC(E) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| ALEX COLLINS, et al, | ) |
| Defendants. | ) |

Pursuant to the "Order Re Complaint," filed July 23, 2018, the "Order Re Second Amended Complaint," filed January 14, 2019, the "Order Re Third Amended Complaint," filed February 25, 2019, the "Order Re Fourth Amended Complaint," filed April 8, 2019, and the "Order Granting Defendant Alex Collins' Motion for Summary Judgment," filed concurrently herewith, it is adjudged that the action is dismissed with prejudice.

DATED: February 27, 2020.

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE